# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Curtis Antonio Moore,            Civil No. 09-2667 (RHK/JJK)

    Petitioner,               **ORDER**

v.

Jessica Symmes, Warden,

    Respondent.

Having failed to note the timely-filed Objections (Doc. No. 29) by Petitioner,

**IT IS ORDERED**:

1. Both the Order (Doc. No. 30) and Judgment (Doc. No. 31) filed on December 15, 2010, are **VACATED**; and

2. Respondent shall serve and file, on or before December 30, 2010, a responsive memorandum to the Petitioner's Objections.

Dated: December 16, 2010

                                       s/Richard H. Kyle
                                       RICHARD H. KYLE
                                       United States District Judge