# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CURTIS ANTONIO MOORE, | Civil No. 09-2667 (RHK/JJK) |
| Petitioner, | **ORDER** |
| v. | |
| JESSICA SYMMES, Warden, | |
| Respondent. | |

Petitioner's Motion for Certificate of Appealability (Doc. No. 37) is **DENIED**.

Dated:   February 10, 2010

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
